UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADEKUNLE OLOBA-AISONY, | ) | NO. CV 06-4976-SGL(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| L.E. SCRIBNER, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: 3-31, 2008.

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE